JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 12-981 JVS (ANx) | Date June 28, 2012 |
| Title Spiegel v. Wells Fargo Bank, N.A. | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   **Order Remanding Action to the Superior Court of the State of California**

The Court has made a review of the jurisdictional allegations in the Notice of Removal filed by Wells Fargo Bank, N.A. *et al.* (collectively "defendants") on June 18, 2012.

The Notice predicates removal on diversity jurisdiction, 28 U.S.C. § 1332. (Notice, p. 1.)  However, as recently held in Gary Leland Greenlee v. Wells Fargo, Case No. ED CV 12-789 JVS (DTBx) (Docket No. 14), the Court has determined that Wells Fargo Bank, N.A. is a citizen of both South Dakota and California as its principal place of business.  The dual status of Well Fargo Bank, N.A. destroys diversity.

The case is remanded to the Superior Court of the State of California for lack of jurisdiction.

Initials of Preparer   kjt